UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MUTHANA MOHAMED dba DISCOUNT GROCERY; L & L GREMP PROPERTIES LLC,<br><br>　　　　　Defendants. | Case No.  1:22-cv-00751-DAD-BAM<br><br>**ORDER GRANTING STIPULATION TO SET ASIDE ENTRY OF DEFAULT**<br><br>(Doc. 7) |

　　　　On August 11, 2022, Plaintiff Darren Gilbert and Defendant L & L Gremp Properties, LLC, filed a stipulation requesting that the entry of default against Defendant L & L Gremp Properties, LLC, be set aside.  The parties also stipulated to allow Defendant L & L Gremp Properties, LLC, to file a responsive pleading within ten (10) days.  (Doc. 7.)

　　　　Pursuant to the parties' stipulation, and for cause shown, the stipulation to set aside the entry of default against Defendant L & L Gremp Properties, LLC, is GRANTED.  The Clerk of the Court is directed to vacate the entry of default as to Defendant L & L Gremp Properties, LLC. (Doc. 6.)  Defendant L & L Gremp Properties, LLC, shall file an answer or other responsive pleading to the complaint within ten (10) days following service of this Order.

IT IS SO ORDERED.

　　　Dated:   **August 16, 2022**　　　　　　　　　　/s/ *Barbara A. McAuliffe*　　　　
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1