1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  300 South First Street, Suite 342
   San Jose, California  95113
3  Telephone: (408) 298-2000
   Facsimile: (408) 298-6046
4  Emails: tanya@moorelawfirm.com;
   service@moorelawfirm.com
5
   Attorney for Plaintiff,
6  Darren Gilbert

7

8
                    **UNITED STATES DISTRICT COURT**
9
                    **EASTERN DISTRICT OF CALIFORNIA**
10

11

| | |
|---|---|
| DARREN GILBERT, | No.  1:22-cv-00751-ADA-BAM |
| Plaintiff, | **PLAINTIFF'S REQUEST TO CONTINUE MANDATORY SCHEDULING CONFERENCE; [PROPOSED] ORDER** |
| vs. | |
| MUTHANA MOHAMED dba DISCOUNT GROCERY; L & L GREMP PROPERTIES LLC; | Date:         September 20, 2022<br>Time:         8:30 a.m.<br>Courtroom:  8 |
| Defendants. | Magistrate Judge Barbara A. McAuliffe |

   Plaintiff Darren Gilbert ("Plaintiff"), by and through his attorneys of record, hereby requests a continuance of the Mandatory Scheduling Conference currently scheduled in this matter for September 20, 2022 at 8:30 a.m. for the reasons set forth below.

   1.  Plaintiff filed a proof of service to serve the Summons and Complaint on Defendant, Muthana Mohamed dba Discount Grocery (ECF Doc. 12), in which, a response to Plaintiff's Complaint is due by September 16, 2022. A response by Muthana Mohamed to Plaintiff's Complaint has not yet been filed to date.

2. Because Muthana Mohamed has not appeared in the action, Plaintiff has been unable to meet and confer with Muthana Mohamed or prepare a joint scheduling report.

For the reasons set forth above, Plaintiff respectfully requests that the Mandatory Scheduling Conference currently set for September 20, 2022 be continued to a date after October 21, 2022 at the Court's convenience.

Dated: September 13, 2022                      MOORE LAW FIRM, P.C.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorney for Plaintiff,
Darren Gilbert

## ORDER

The Court has reviewed Plaintiff's request for continuance. Defendant L & L Gremp Properties LLC has not responded to the request. However, the Court finds that defendant will not be prejudiced by the brief continuance and a response is not necessary.

Based on the current status of this case, and good cause appearing,

**IT IS HEREBY ORDERED** that the Mandatory Scheduling Conference currently set for September 20, 2022 is continued to **October 25, 2022, at 9:30 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe.** A Joint Scheduling Report shall be filed one week prior to the Conference. The parties shall appear at the conference remotely with each party appearing either via Zoom video conference or Zoom telephone number. The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID number and password are confidential and are not to be shared.

IT IS SO ORDERED.

Dated:   **September 15, 2022**          /s/ *Barbara A. McAuliffe*
                                                        UNITED STATES MAGISTRATE JUDGE