1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  300 South First Street, Suite 342
   San Jose, California 95113
3  Telephone: (408) 298-2000
   Facsimile: (408) 298-6046
4  Email: service@moorelawfirm.com

5  Attorney for Plaintiff,
   Darren Gilbert
6
   W. Bart Barringer, SBN 131756
7  Nicholas J. Loncarich, SBN 309097
   LAW OFFICES OF MAYOL & BARRINGER, LLP
8  P.O. Box 3049
   Modesto, CA 95353
9  Telephone: (209) 544-9555
   Facsimile: (209) 544-9875
10 Email: bbarringer@mblaw.com

11 Attorneys for Defendant,
   L & L Gremp Properties LLC
12
                    **UNITED STATES DISTRICT COURT**
13
                    **EASTERN DISTRICT OF CALIFORNIA**
14

15 DARREN GILBERT,                          )   No. 1:22-cv-00751-ADA-BAM
                                            )
16          Plaintiff,                      )   **STIPULATION FOR CONTINUANCE**
                                            )   **OF MANDATORY SCHEDULING**
17     vs.                                  )   **CONFERENCE; [~~PROPOSED~~] ORDER**
                                            )
18 MUTHANA MOHAMED dba DISCOUNT            )
   GROCERY,                                 )   Date: October 25, 2022
19                                          )   Time: 9:30 a.m.
                                            )   Courtroom: 8
20          Defendants.                     )   Magistrate Judge Barbara A. McAuliffe
                                            )
21                                          )
                                            )   **Telephonic Appearance Requested**
22 _____   )

23

24          **WHEREAS**, the Mandatory Scheduling Conference in this matter is set for October 25,

25 2022, at 9:30 a.m., having been continued once previously at Plaintiff's request (Dkt. 14), for a

26 total of 35 days;

27          **WHEREAS**, a clerk's default was entered against Defendant Muthana Mohamed dba

28 Discount Grocery on September 30, 2022 (Dkt. 16);

1    **WHEREAS**, Plaintiff Darren Gilbert ("Plaintiff") and Defendant L & L Gremp

2    Properties LLC ("Gremp," and together with Plaintiff, the "Parties"), the parties who have

3    appeared in this action, have been engaged in settlement discussions, whereby the Parties have

4    agreed that Plaintiff will conduct an inspection of the subject property pursuant to Federal Rule

5    of Civil Procedure 34 on November 15, 2022, and thereafter will provide a settlement proposal

6    incorporating all injunctive relief he is seeking through this action;

7    **WHEREAS**, the Parties wish to conserve their resources so they can focus on settlement,

8    and to conserve the Court's time and resources, by postponing the Mandatory Scheduling

9    Conference to allow for further settlement negotiations;

10    **NOW, THEREFORE**, it is hereby stipulated by and between the Parties, by and through

11    their counsel of record, that the Mandatory Scheduling Conference set for October 25, 2022 be

12    continued to a date on or after January 16, 2023, at the Court's convenience, to allow for the

13    Parties to exhaust settlement efforts.

14    **IT IS SO STIPULATED.**

15

16    Dated: October 18, 2022                    MOORE LAW FIRM, P.C.

17

18                                               */s/ Tanya E. Moore*
                                                 Tanya E. Moore

19                                               Attorney for Plaintiff,
                                                 Darren Gilbert

20

21    Dated: October 18, 2022                    LAW OFFICES OF MAYOL & BARRINGER,
                                                 LLP
22

23                                               */s/ Nicholas J. Loncarich*

24                                               W. Bart Barringer
                                                 Nicholas J. Loncarich

25                                               Attorneys for Defendant,

26                                               L & L Gremp Properties, LLC

27

28

# ORDER

The Parties having so stipulated and good cause appearing, it is ordered as follows:

1.      The Mandatory Scheduling Conference currently scheduled for October 25, 2022 is continued to **January 19, 2023, at 10:00 AM in Courtroom 8 (BAM) before United States Magistrate Judge Barbara A. McAuliffe**.

2.      The parties shall file a joint scheduling report one week prior to the scheduling conference.

3.      If the parties file a notice of settlement prior to the conference, then the conference will be vacated.

IT IS SO ORDERED.

Dated:   __October 19, 2022__          ___/s/ Barbara A. McAuliffe___

UNITED STATES MAGISTRATE JUDGE