Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California 95113
Telephone: (408) 298-2000
Facsimile: (408) 298-6046
Email: service@moorelawfirm.com

Attorney for Plaintiff,
Darren Gilbert

W. Bart Barringer, SBN 131756
Nicholas J. Loncarich, SBN 309097
LAW OFFICES OF MAYOL & BARRINGER, LLP
P.O. Box 3049
Modesto, CA 95353
Telephone: (209) 544-9555
Facsimile: (209) 544-9875
Email: bbarringer@mblaw.com

Attorneys for Defendant,
L & L Gremp Properties LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MUTHANA MOHAMED dba DISCOUNT GROCERY,<br><br>　　　　Defendants. | No. 1:22-cv-00751-ADA-BAM<br><br>**SECOND STIPULATION FOR CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE; [PROPOSED] ORDER**<br><br>Date: January 19, 2023<br>Time: 10:00 a.m.<br>Courtroom: 8<br>Magistrate Judge Barbara A. McAuliffe<br><br>**Telephonic Appearance Requested** |

**WHEREAS**, the Mandatory Scheduling Conference in this matter is presently set for January 19, 2023, at 10:00 a.m., having been continued twice previously, once at Plaintiff's request (Dkt. 14) and once by stipulation (Dkt. 18), for a total of 114 days;

//

1  **WHEREAS**, a clerk's default was entered against Defendant Muthana Mohamed dba Discount Grocery on September 30, 2022 (Dkt. 16);

**WHEREAS**, Plaintiff Darren Gilbert ("Plaintiff") and Defendant L & L Gremp Properties LLC ("Gremp," and together with Plaintiff, the "Parties"), the parties who have appeared in this action, have been engaged in settlement discussions, whereby Plaintiff conducted an inspection of the subject property pursuant to Federal Rule of Civil Procedure 34 on November 15, 2022, and has provided a settlement proposal incorporating all injunctive relief he is seeking through this action, and the Parties are continuing to discuss resolution of Plaintiff's claims for injunctive relief as well as monetary relief;

**WHEREAS**, the Parties wish to conserve their resources so they can focus on settlement, and to conserve the Court's time and resources, by postponing the Mandatory Scheduling Conference to allow for further settlement negotiations;

**NOW, THEREFORE**, it is hereby stipulated by and between the Parties, by and through their counsel of record, that the Mandatory Scheduling Conference presently set for January 19, 2023 be continued to a date on or after February 20, 2023, at the Court's convenience, to allow for the Parties to exhaust settlement efforts.

**IT IS SO STIPULATED.**

Dated: January 12, 2023            MOORE LAW FIRM, P.C.

                                   */s/ Tanya E. Moore*
                                   Tanya E. Moore
                                   Attorney for Plaintiff,
                                   Darren Gilbert

Dated: January 12, 2023            LAW OFFICES OF MAYOL & BARRINGER, LLP

                                   */s/ Nicholas J. Loncarich*
                                   W. Bart Barringer
                                   Nicholas J. Loncarich
                                   Attorneys for Defendant,
                                   L & L Gremp Properties, LLC

STIPULATION FOR CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE; [PROPOSED] ORDER

**ORDER**

The Parties having so stipulated and good cause appearing, it is ordered as follows:

1. The Mandatory Scheduling Conference currently scheduled for January 19, 2023 is continued to **February 21, 2023, at 9:00 AM in Courtroom 8 before United States Magistrate Judge Barbara A. McAuliffe**.

2. The parties shall file a joint scheduling report one week prior to the scheduling conference.

3. If the parties file a notice of settlement prior to the conference, then the conference will be vacated.

IT IS SO ORDERED.

Dated:   **January 13, 2023**              /s/ *Barbara A. McAuliffe*   
                                        UNITED STATES MAGISTRATE JUDGE