1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  300 South First Street, Suite 342
   San Jose, California 95113
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Emails: tanya@moorelawfirm.com;
   service@moorelawfirm.com
5
   Attorney for Plaintiff,
6  Darren Gilbert

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>          Plaintiff,<br><br>     vs.<br><br>MUTHANA MOHAMED dba DISCOUNT GROCERY; L & L GREMP PROPERTIES LLC;<br><br>          Defendants. | No. 1:22-cv-00751-ADA-BAM<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION** |

1    **IT IS HEREBY STIPULATED** by and between Plaintiff Darren Gilbert and
2  Defendants, L & L Gremp Properties LLC, the parties to this action, that pursuant to Federal
3  Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is dismissed with prejudice
4  in its entirety. Each party is to bear its own attorneys' fees and costs.

6  Dated: February 14, 2023                MOORE LAW FIRM, P.C.

                                           */s/ Tanya E. Moore*
                                           Tanya E. Moore
                                           Attorney for Plaintiff,
                                           Darren Gilbert

11 Dated: February 14, 2023                LAW OFFICES OF MAYOL & BARRINGER, LLP

                                           */s/ Nicholas J. Loncarich*
                                           W. Bart Barringer
                                           Nicholas J. Loncarich
                                           Attorneys for Defendant,
                                           L & L Gremp Properties, LLC

## ATTESTATION

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

                                           */s/ Tanya E. Moore*
                                           Tanya E. Moore
                                           Attorney for Plaintiff,
                                           Darren Gilbert